SOUTHERN UTILITIES, INC. v.
       MANDEL MACHINERY CORP.

No. 669P84.

Case below: 71 N.C. App. 188.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 2 April 1985.

SQUIRES TIMBER CO. v. THE INS. CO. OF PENN.

No. 78P85.

Case below: 72 N.C. App. 344.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 April 1985.

STATE v. CAMERON

No. 11A85.

Case below: 71 N.C. App. 776.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 2 April 1985.

STATE v. CHAVIS

No. 224P85.

Case below: 74 N.C. App. 207.

Petition by defendant for discretionary review under G.S. 7A-31 denied 26 April 1985. Petition by defendant for writ of supersedeas and temporary stay denied 26 April 1985.

STATE v. DAVIS

No. 223P85.

Case below: 74 N.C. App. 208.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 26 April 1985. Petition by Attorney General for writ of supersedeas and temporary stay denied 26 April 1985.